# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146763

HEATHER LYNN HANNAY,
      Plaintiff-Appellee,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellant.

SC: 146763
COA: 307616
Court of Claims: 09-000116-MZ

_____/

On order of the Court, oral argument in this case scheduled for April 3, 2014, is ADJOURNED.

We direct the Clerk to schedule the oral argument in this case for the same future session of this Court when it will hear oral argument in *Hunter v Sisco* (Docket No. 147335).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2014



Clerk

d0319